IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDY | * |
| Plaintiff | * |
| v. | *   Index No.: 802832/2022E |
| SWABY ALVA HEADLY and IPPOLITO TRANSPORTATION, INC. | * |
| Defendants | * |

**NOTICE OF REMOVAL OF CIVIL ACTION**

COMES NOW, the defendants in the above captioned matter, and file this Notice of Removal pursuant to 28 U.S.C. §§ 1446 and 1446, and respectfully show the Court the following:

1. The case of *Corey Hardy v. Swaby Alva Headly* was filed and is presently pending in the Supreme Court of the State of New York, County of Bronx, bearing Index Number 802832/2022E.

2. Plaintiff, a resident of New York State, contends that defendants, residents of the Province of Ontario, Canada caused him serious physical injury in Bronx, New York, located within the jurisdiction of the United States District Court for the Southern District of New York.

3. Pursuant to 28 U.S.C. §§ 1332, all elements necessary to remove this case to the United States District Court for the Southern District of New York on the basis of diversity jurisdiction are sufficiently satisfied.

4.     This Notice of Removal has been timely filed within thirty days of initial receipt of the plaintiff's complaint by defendants, and is therefore timely pursuant to 28 U.S.C. §§ 1446(b).

5.     Venue properly rests in the United States District Court for the Southern District of New York, as this case is being removed from the Supreme Court of the State of New York, Bronx County.

6.     True and correct copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit "A", pursuant to 20 U.S.C. § 1446(a).

7.     All defendants consent to the removal of this case to the United States District Court for the Southern District of New York.

This is the 18th day of April, 2022.

/s/Beverly M. Barr, Esquire
Beverly M. Barr, Esquire
Dickie, McCamey & Chilcote, P.C.
445 Hamilton Ave., Suite 1102
White Plains, NY 10601
(914) 358-3290
bbarr@dmclaw.com

CC: Michael Z. Huguenot, Esquire
    Vozza & Huguenot
    2435 Eastchester Rd.
    Bronx, NY 10469
    (718) 654-3330

14132825.1