SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
COREY HARDY

                                **Plaintiff(s)**

    -against-

SWABY ALVA HEADLY AND IPPOLITO
TRANSPORTATION INC.

                                **Defendant(s)**
-------------------------------------------------------------------X

Index# _____

Filed on: _____

Plaintiff designates BRONX County As the place for trial
**SUMMONS**
Basis of Venue
Plaintiff resides at:
**1520 Archer Road
Bronx, New York**

**To The Above Named Defendant(s):**

    YOU ARE HEREBY SUMMONED to answer the complaint in the above action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally served to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Bronx, New York
       February 19, 2022

                                            _____
                                            VOZZA & HUGUENOT, ESQS.
                                            Attorneys for Plaintiff
                                            2435 Eastchester Road
                                            Bronx, New York  10469

**Defendants' Addresses:**           (718) 654-3330

Swaby Alva Headly, 2080 Secretariate Avenue, Oshawa, ONT, Canada LIL OA8
Ippolito Transportation Inc. , 201 N. Service Road, Burlington, ONT, Canada

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X

COREY HARDY

          **Plaintiff(s)**

  -against-

SWABY ALVA HEADLY AND
IPPOLITO TRANSPORTATION INC.

          **Defendant(s)**
------------------------------------------------------------------------X

**VERIFIED COMPLAINT**

Plaintiffs, complaining of the defendants, by their attorneys, **VOZZA & HUGUENOT, ESQS.**, respectfully submit and allege as follows:

### AS AND FOR A FIRST CAUSE OF ACTION
### ON BEHALF OF PLAINTIFF, COREY HARDY

1. That at all times hereinafter mentioned, the plaintiff COREY HARDY was and still is a resident of BRONX County.

2. That at all times hereinafter mentioned, and upon information and belief, the defendant, SWABY ALVA HEADLY was a resident of the Country of Canada.

3. That at all times hereinafter mentioned, and upon information and belief, the defendant, IPPOLITO TRANSPORTATION INC. is a **domestic corporation** or in the alternative is a corporation authorized to do business in the State of New York.

4. That at all times hereinafter mentioned, the 101 Food Center Drive Bronx, New York was and still is a public highway.

5. That at all times hereinafter mentioned, the defendant, Swaby Alva Headly, was the operator of a certain Tractor Trailer motor vehicle bearing Ontario, Canada registration number V4656S with the knowledge, permission, and consent of the owner.

6. That at all times hereinafter mentioned, the defendant, IPPOLITO TRANSPORTATION INC. was the owner of a certain TRACTOR TRAILER motor vehicle bearing ONTARIO, CANADA registration number V4656S.

7. That at all times hereinafter mentioned, the defendant, IPPOLITO TRANSPORTATION INC. was the lessor of a certain TRACTOR TRAILER motor vehicle bearing ONTARIO, CANADA registration number V4656S.

8. That on or about October 11, 2021 the defendants, were negligent in the ownership, operation, maintenance and control of the aforementioned motor vehicles, at the aforesaid time and place.

9. That at the aforesaid time and place, plaintiff, COREY HARDY, was the operator of a certain 2017 HONDA motor vehicle bearing New York registration number KGR 8196, with the knowledge, permission and consent of the owner.

10. Plaintiff has sustained serious injury as defined in Sub Division (d) of Section 5102 of the Insurance Law of the State of New York and/or Economic Loss greater than Basic Economic Loss as defined in Sub Division (a) of Section 5102 of the Insurance Law of the State of New York.

11.. Plaintiff was free from any contributory negligence.

12. That plaintiffs plead one or more exceptions under Article 16 of the CPLR.

13. That solely as a result of the negligence of the defendants as aforesaid, plaintiff COREY HARDY, was caused to sustain serious, severe and permanent injuries.

14. The amount of damages sought in this action exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, plaintiff demands judgment against defendant in an amount to be determined upon the trial of this action, together with the costs and disbursements of this action.

Dated: Bronx, New York
February 19, 2022

_____
**MICHAEL Z. HUGUENOT**
**VOZZA & HUGUENOT, ESQS.**
**Attorneys for Plaintiff**
**2435 Eastchester Road**
**Bronx, New York 10469**
**(718) 654-3330**

## ATTORNEY VERIFICATION

The undersigned, an attorney admitted to practice in the State of New York, affirms:

That I am the attorney of record for the plaintiff in the within action; that the undersigned has read the foregoing and knows the contents thereof; that the same are true from the affirmant's own knowledge, except as to the matters therein stated to be alleged on information and belief; and as to those matters affirmant believes them to be true.

The undersigned further states that the reason this affirmation is made by the undersigned and not by our client is that the plaintiff is presently not within the county where your affirmant maintains his office.

The grounds of affirmant's belief as to all matters not stated to be upon affirmant's knowledge, are based on materials contained in the office file.

The undersigned affirms that the foregoing statements are true, under the penalty of perjury.

Dated: Bronx, New York
       February 19, 2022

_____
MICHAEL Z. HUGUENOT, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
COREY HARDY

                                    Plaintiff(s)

   -against-
SWABY ALVA HEADLY AND
IPPOLITO TRANSPORTATION INC.

                                  Defendant(s)
------------------------------------------------------------------X

**SUMMONS & COMPLAINT**

VOZZA & HUGUENOT, ESQS
Attorneys for Plaintiff
Office & P.O. Address
2435 Eastchester Road
Bronx, New York 10469
(718) 654-3330

---

Dated: Bronx, New York
       February 19, 2022

---

TO  SWABY ALVA HEADLY, 2080 SECRETARIAT AVE, OSHAWA,
    ONT, CANADA LIL OA8
    IPPOLITO TRANSPORTATION INC., 201 N. SERVICE ROAD,
    BURLINGTON, ONT, CANADA