```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :
COREY HARDY,                                     :

                                                               :

                                     Plaintiff,   :
                                                               :                    1:22-cv-03203-GHW

                          -against-                   :
                                                                :                          <u>ORDER</u>
SWABY ALVA HEADLY *and* IPPOLITO      :
TRANSPORTATION, INC,
                                                                :

                                                 Defendant.   :
                                                                 X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on April 25, 2022. Dkt. No.2. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 9, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: April 27, 2022
New York, New York

                                                                      GREGORY H. WOODS
                                                              United States District Judge