```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY HARDY,

        Plaintiff,

-against-

SWABY ALVA HEADLY, et al.,

        Defendants.

22-CV-3203 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during today's status conference, the parties shall file a letter updating the Court on the status of settlement negotiations, including whether they request a judicially supervised settlement conference, no later than **October 21, 2022.**

Dated: New York, New York
       September 26, 2022

                                     **SO ORDERED**.

                                     _____
                                     **BARBARA MOSES**
                                     **United States Magistrate Judge**